AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

FILED '22 OCT 21 AM 11:14 USDC-MDGA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:22 MJ 157 |
| GEORGE IAKOVOU | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 30 2020_____ in the county of _____Muscogee_____ in the

____Middle____ District of _____Georgia_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1343 | On or about November 30, 2020, in the Middle District of Georgia and elsewhere, defendant, GEORGE IAKOVOU, for the purpose of executing the scheme to defraud and obtaining money by fraudulent pretenses and representations,transmitted by means of wire communication in intertstate commerce signals, writings, and communications, that is, sent an e-mail originating in New York to a recipient, referred to by the initials G.D., located in Georgia |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

s/ Joseph Andy Meeks
*Complainant's signature*

Joseph "Andy" Meeks, USSS Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.   🕐 11:03 AM EDT

Date: 10/21/22

Judge's signature

City and state: _____Columbus, GA_____    Hon. Stephen Hyles, United States Magistrate Judge
*Printed name and title*